```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

ADALID MONTIEL FIGUEROA                                    PLAINTIFF

       v.          Civil No. 08-5029

DEPUTY TRAVIS NEWELL;
KEITH FERGUSON;
HUNTER PETRAY                                              DEFENDANTS

### ORDER

NOW on this 3rd day of July 2008, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #9), filed on April 4, 2008, and plaintiff's objections thereto (document #12).

The Court, being well and sufficiently advised, finds that plaintiff's objections offer neither law nor fact requiring departure from the Report and Recommendation of the Magistrate Judge and the same should be, and it hereby is, adopted *in toto*.

**IT IS THEREFORE ORDERED** that, for the reasons set forth therein, the **Report and Recommendation of the Magistrate Judge** is **adopted *in toto***.  Accordingly, plaintiff's claims against defendants are dismissed in their entirety – as such claims are either barred under Heck v. Humphrey, 512 U.S. 477 (1994), or are so intertwined with plaintiff's state court case that any decision by this Court would run afoul of the principles of abstention.

**IT IS SO ORDERED.**

                                        **/s/ Jimm Larry Hendren**
                                        **JIMM LARRY HENDREN**
                                        **UNITED STATES DISTRICT JUDGE**